**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WALTER MURPHY,

Plaintiff,

v.

MGM RESORTS INTERNATIONAL, et al.,

Defendants.

Case No. 2:26-cv-01653-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by July 23, 2026.

IT IS SO ORDERED.

Dated: July 17, 2026

Nancy J. Koppe
United States Magistrate Judge