**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Walter Murphy,

Plaintiff

v.

MGM Resorts International, T-Mobile Arena Management, LLC, et al.,

Defendants

Case No. 2:26-cv-01653-JAD-NJK

**Order Granting Motion for Leave to File Second Amended Complaint and Remanding Case Back to State Court**

ECF Nos. 7, 10, 20, 21, 22, 27

Plaintiff Walter Murphy claims that he was attending an event at the T-Moble Arena in Las Vegas, Nevada, on September 19, 2025, when arena employees threatened him with arrest and escorted him from the premises for unwittingly having entered a restricted area.[1] Although Murphy filed this case in Nevada state court, the defendants removed it to federal court because his third cause of action was brought "under applicable public-accommodation principles, including . . . Title II of the Civil Rights Act of 1964,"[2] triggering a federal question and thus federal jurisdiction.[3]

Murphy moves to remand the case back to state court, explaining that he didn't mean to trigger federal jurisdiction and wants to withdraw any reference to a "federal statutory cause of

[1] ECF No. 1-1.

[2] ECF No. 1-2 at 7.

[3] ECF No. 1 at 2.

action."[4] And he moves (for a second time[5]) for leave to file a second amended complaint to scrub such references from his pleading, leaving only negligence-based state-law claims.[6] The deadline for any defendant to respond to that new motion to amend expired on July 20, 2026, with no response or request to extend the deadline to file one. This Court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply that rule and construe the defendants' failure to file a response as consent to granting leave to amend. And because amendment will eliminate the basis for this court's exercise of jurisdiction over this case, I also order this case remanded back to state court.

IT IS THEREFORE ORDERED that Walter Murphy's (renewed) motion to file a second amended complaint **[ECF No. 20] is GRANTED**; **the Clerk of Court is directed to DETACH pages 4-6 of ECF No. 20 and file** them separately as Plaintiff's Second Amended Complaint.

IT IS FURTHER ORDERED that **the Clerk of Court is directed to then REMAND** this case back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-26-937680-C, Department 29, **and CLOSE THIS CASE.** Because remand is granted based on the amended filing's deprivation of this court of jurisdiction, the pending motion to remand **[ECF No. 10] is DENIED as moot.** All other pending motions **[ECF Nos. 7, 21, 22, 27] are DENIED** without prejudice to their timely refiling in state court.

U.S. District Judge Jennifer A. Dorsey
Dated: July 28, 2026

[4] ECF No. 10.

[5] A prior motion to amend was denied without prejudice because it did not comply with this court's local rules. *See* ECF No. 11.

[6] ECF No. 20.